UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  
WILLIAN C HEATH  
AMANDA K HEATH

Case No.: 10-34864  
Chapter 7  
Hon. Daniel S. Opperman

**Debtor(s).**
_____/

**NOTICE OF DIVIDEND**
**LESS THAN $5.00**

TO THE CLERK OF THE COURT:

   The attached check in the amount of $4.27 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Complete Care Center #xxx0821/0267 8401 Holly Rd. Grand Blanc, MI 48439 | 1 | $4.27 |
| | Total | $4.27 |

Dated: 6/14/11

/s/ Collene K. Corcoran, Trustee  
Collene K. Corcoran, Trustee  
PO Box 535  
Oxford, MI 48371  
(248) 969-9300  
ccorcoran@epiqtrustee.com